UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN LOPEZ,<br><br>                      Plaintiff,<br>      v.<br><br>G TAINO, *et al.*,<br><br>                      Defendants. | Case No. 2:19-cv-01178-APG-NJK<br><br>ORDER |

According to the inmate database for the Nevada Department of Corrections, Plaintiff is no longer incarcerated at High Desert State Prison. Plaintiff has not filed written notification informing the Court of his current address. *See* Docket. Pursuant to Local Rule IA 3-1, a *pro se* party "must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney." Failure to comply with this rule "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

      For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court no later than March 25, 2020.

      IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

      DATED: February 24, 2020.

                                                      NANCY J. KOPPE<br>
                                                      UNITED STATES MAGISTRATE JUDGE